**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00828-CV

---

## COURTYARD SNF, L.L.C. D/B/A COURTYARD CONVALESCENT CENTER AND MANDY AMANDA NATION, Appellants

### V.

## ARLENE SWEET, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF JOSEPH SWEET, SR., AND JOSEPH P. SWEET, JR., MICHAEL SWEET, BARBARA HAWKINS, RHONDA BLANTON AND REGINA BATTLE, Appellees

---

### On Appeal from the 113th District Court
### Harris County, Texas
### Trial Court Cause No. 2012-13886

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 24, 2012. On December 28, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and McCally.